IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHWAR SULTAN**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01121<br><br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Plaintiff Ahwar Sultan, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for the entry of a Temporary Restraining Order enjoining Defendants from taking or continuing any action to effectuate the termination of Plaintiff's F-1 student status or his removal from the United States, and to preserve the status quo pending further proceedings on Plaintiff's claims.

On April 16, 2025, Plaintiffs' counsel advised the United States Attorney's Office for the District of Columbia that this motion was forthcoming.

Plaintiffs respectfully request that the Court schedule this motion for hearing as expeditiously as possible and grant this motion for the reasons stated in the memorandum of law and supporting exhibits filed contemporaneously with this motion and order all relief requested therein.

Dated: April 17, 2025

Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

1

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Counsel for Plaintiffs*