IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHWAR SULTAN**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01121<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER** |

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and the accompanying memorandum, declarations, and exhibits, and finding good cause shown:

IT IS HEREBY ORDERED that:

1. Declare that Defendants' termination of Plaintiff's F-1 student status under the SEVIS system without affording him sufficient notice and opportunity to be heard violated Plaintiff's Fifth Amendment due process rights and the APA (including under 8 C.F.R. § 214.1(d));

2. Issue an injunction requiring Defendants to provide adequate individualized proceedings before an impartial adjudicator for Plaintiff in which he will be entitled to review any adverse evidence and respond to such evidence prior to determining whether Plaintiff's F 1 student status should be terminated;

3. To order Defendants to reinstate Plaintiff's valid F-1 student status under the SEVIS system at The Ohio State University or provide Plaintiff with a reasonable period to maintain his valid F 1 status by allowing him to transfer to another DHS-approved school if his reinstatement at The Ohio State University is not accepted;

4. Enjoin Defendants from detaining Plaintiff pending the instant case;

14

5. Award attorney's fees and costs; and

6. Order any further relief this Court deems just and proper. IT IS SO ORDERED.

Dated: April 17, 2025                                          Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Counsel for Plaintiffs*