**Declaration of Ahwar Sultan**

I, Ahwar Sultan, declare the following under penalty of perjury:

1. I am over 18 years of age and fully competent to make this declaration.

2. I am a citizen of India and a second year graduate student at The Ohio State University in Columbus, Ohio.

3. On February 28, 2023, I received my acceptance to The Ohio State University and was admitted on March 22, 2023.

4. On April 22, 2023, The Ohio State University certified my Form 1-20, *Certificate of Eligibility for Nonimmigrant Student Status*, with the United States Citizenship and Immigration Services ("USCIS"), thereby confirming my admission and registration in SEVIS.

5. On June 22, 2023, I applied for an F-1 student visa.

6. On July 17, 2023, the U.S. Department of State approved my student visa application.

7. On August 6, 2023, I entered the United States at John F. Kennedy International Airport, where I was inspected and lawfully admitted by U.S. Customs and Border Protection.

8. On April 3, 2025 at 4:30 pm I was notified through an email from the Office of International Affairs at The Ohio State University that my SEVIS record "has been terminated" for "otherwise failing to maintain status – individual identified in criminal records check and/or has had their VISA revoked".

9. The university e-mail instructed me to cease all F-1-related and campus employment immediately, effectively removing my ability to study or work.

Exhibit A

10. Leadership at The Ohio State University has stated that they were not formally notified of

    these actions by the government, nor had they received any information about why my

    visa was revoked.

11. I now live in fear that I may have a revoked visa and terminated F-1 status, and may be

    apprehended by ICE at any moment.

I swear and affirm that the following is true.


Date:   April 17, 2025                    Signature:  *Ahwar Sultan*


Exhibit A