## AFFIDAVIT OF LEE A. WHITAKER

I, Lee A. Whitaker, declare under penalty of perjury the following:

1. I am a paralegal for Urena & Associates, PLLC.

2. On April 16, I emailed Heather Graham-Oliver, Deputy Chief at the US Attorney's Office in DC, of Urena & Associate's intent to file a temporary restraining order in this matter. Ms. Graham-Oliver confirmed receipt of this email.

Dated: 4/17/2025

Respectfully Submitted,

_____
Lee A. Whitaker

Exhibit B

 Outlook

## RE: SULTAN et al v. TRUMP et al 1:25-cv-01121-TSC Motion for TRO

| | |
|---|---|
| From | Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov> |
| Date | Wed 2025-04-16 2:22 PM |
| To | Lee Whitaker <lw@urenaesq.com>; Truong, John (USADC) <John.Truong@usdoj.gov> |
| Cc | Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> |

Hello Mr. Whitaker:

Thank you for letting us know of your intent. Please copy all of us with the filed TRO. Thank you.

Best,

Heather Graham-Oliver
Deputy Chief
U.S. Attorneys' Office | Civil Division
601 D Street NW | Washington, D.C. 20530
Ph. 202-252-2520
Email: heather.graham-oliver@usdoj.gov

---

**From:** Lee Whitaker <lw@urenaesq.com>
**Sent:** Wednesday, April 16, 2025 3:09 PM
**To:** Truong, John (USADC) <John.Truong@usdoj.gov>
**Cc:** Graham-Oliver, Heather (USADC) <Heather.Graham-Oliver@usdoj.gov>
**Subject:** [EXTERNAL] Fw: SULTAN et al v. TRUMP et al 1:25-cv-01121-TSC Motion for TRO

Hello Mr. Truong or Ms. Graham-Oliver,

I'm forwarding the below email and attachment I just sent to Mr. Hudak regarding our intent to file a motion for temporary restraining order. Once it's filed, I'll follow up with a copy - if you could please let me know who you would prefer I send it to, or I can cc both.

Book a time to meet with me

Exhibit B



**From:** Lee Whitaker
**Sent:** Wednesday, April 16, 2025 12:58 PM
**To:** brian.hudak@usdoj.gov
**Cc:** Jana Al-Akhras; Rafael Urena
**Subject:** SULTAN et al v. TRUMP et al 1:25-cv-01121-TSC Motion for TRO

Good afternoon Mr. Hudak,

We opened the above case yesterday with DCD, I'm attaching the summons and complaint here which we have already emailed to your service email.

I'm emailing you to let you know that we additionally intend to file a motion for temporary restraining order on the case. The current intent is that will be docketed tomorrow. I will send a follow up email to both the service address and you with a copy of the TRO motion once it's been docketed.

Let me know if you need anything else from us.

Book a time to meet with me



Exhibit B