UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHWAR SULTAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 25-1121 (TSC) |

## JOINT STATUS REPORT

Plaintiff and Defendant, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's April 18, 2025 minute order. Counsel for the parties, via telephone, met and conferred on April 18, 2025. The parties were unable to reach an agreement to stipulate to a temporary restraining order. As such, the parties state the following.

Given that similarly situated plaintiffs have already received comparable relief in concurrent litigation within this district, Plaintiffs respectfully request that this Court act promptly on its motion for a temporary restraining order and without further in granting similar relief to Plaintiff Sultan.

If the Court allows briefing, Defendants request to submit their response by 7:00 p.m., Monday, April 21, 2025, and Plaintiffs request to submit their reply by Tuesday, April 22, 2025. In addition, the parties request that the Court set a remote hearing via teleconference on Wednesday, April 23, 2025 or as soon thereafter as the Court may be available.[1]

---

[1] Counsel for the government has a hearing scheduled on April 24, 2025 at 10:00 a.m.

Dated: April 18, 2025

/s/ Jana Al-Akhras
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
601 D St. N.W.
Washington, D.C. 20350
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Attorneys for United States of America*

2