# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHWAR SULTAN**, *et al.*, | Civil Action No.: 1:25-cv-01121 |
| *Plaintiffs*, | |
| v. | |
| **DONALD J. TRUMP**, *et al.*, | **PLAINTIFFS' NOTICE OF** |
| *Defendants*. | **SUPPLEMENTAL AUTHORITY** |

Plaintiffs, by and through undersigned counsel, submit the following order granting Plaintiffs' motion for temporary restraining order filed on April 18, 2025 in Civil Action No. 1:25-cv-01998-VMC DOE et al v. BONDI et al in the United States District Court for the Northern District of Atlanta, Docket No. 23. Plaintiffs bring this decision to the Court's attention due to the related issues and factual similarities of both matters.

Dated: April 21, 2025

Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 21, 2025, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

Dated: April 21, 2025          Respectfully Submitted,

                  */s/ Jana Al-Akhras*
                  Jana Al-Akhras, Esq. (OH: 0096726)

                  **URENA & ASSOCIATES**
                  *Counsel for Plaintiff-Petitioner*