## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**AHWAR SULTAN**, *et al.,*

*Plaintiffs,*

v.

**DONALD J. TRUMP**, *et al.,*

*Defendants.*

Civil Action No.: 1:25-cv-01121

**PLAINTIFFS' 2ND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs, by and through undersigned counsel, submit the following Opinion and Order filed on April 18, 2025 in Civil Action No. 2:25-cv-00409-ALM-EPD ORUGANTI v. NOEM et al in the United States District Court for the Southern District of Ohio, Docket No. 7.

Plaintiffs bring this decision to the Court's attention due to the related issues and factual similarities of both matters. Plaintiffs are both Indian nationals, both from The Ohio State University, both received the same email from the OSU Office of International Affairs, and both had a minor misdemeanor on their record. In addition to other relief, the Judge ordered Defendants were "enjoined from enforcing, implementing, or otherwise taking any action or imposing any legal consequences as the result of terminating Plaintiff's F-1 student status or SEVIS record, including revoking her F-1 visa, detaining her, or placing her in removal proceedings." *Opinion and Order*, p. 14.

Dated: April 23, 2025

Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

Dated: April 23, 2025                    Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)

**URENA & ASSOCIATES**
*Counsel for Plaintiff-Petitioner*