UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHWAR SULTAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, *in his official capacity as President of the United States*, <br><br> Defendants. | Civil Action No. 25-cv-1121 |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 11, Plaintiff Ahwar Sultan's Motion for a Temporary Restraining Order, ECF No. 4, is GRANTED IN PART and DENIED IN PART. The court

**ORDERS** Defendants to return Plaintiff Sultan's record in the Student and Exchange Visitor Information System (SEVIS) to Active status as of April 3, 2025. The court further

**ORDERS** that Defendants may not change or otherwise modify the Plaintiff's record in SEVIS solely on the basis of his arrest on April 25, 2024 at the Ohio State University, and subsequent dismissal of that charge. The court further

**ORDERS** that Defendants shall ensure that a representative of the United States Department of Homeland Security ("DHS") is present at its next scheduled hearing who can make authoritative representations to the court on behalf of the agency and United States Immigration and Customs Enforcement. Specifically, the representative should be prepared to explain to the court what Plaintiff Sultan's F-1 legal status is, and whether Defendants intend to initiate removal proceedings against him. The court further

      **ORDERS** that the parties file a Joint Status Report by April 26 by 5:00 P.M., indicating what further briefing, if any, they plan to file, and if so, specifying a briefing schedule and a date for a hearing.

Date: April 25, 2025

                                               *Tanya S. Chutkan*
                                               TANYA S. CHUTKAN
                                               United States District Judge