UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHWAR SULTAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Civil Action No. 25-1121 (TSC) |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Upon consideration of Plaintiff Ahwar Sultan's Motion for Expedited Discovery, the arguments therein, and the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Motion for Expedited Discovery is GRANTED; and it is further

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 26(d)(1) and 34(b)(2)(A), Defendants shall produce, on or before May 1, 2025, the complete administrative record underlying the termination of Plaintiff Ahwar Sultan's SEVIS record, and any administrative records of actions taken pursuant to or contemporaneously with that termination. This production shall include, but is not limited to, all documents and materials considered by or before the relevant agencies in connection with the decision to terminate Plaintiff's SEVIS status, as well as records of any communications or directives issued in conjunction with that termination, including notices of visa revocation, instructions regarding removal proceedings, and any related policy memoranda; and it is further

**ORDERED** that the Court retains jurisdiction to order further relief as may be necessary to ensure compliance with this Order and to facilitate a prompt resolution of this matter.

**SO ORDERED.**

Dated: _____, 2025

_____

TANYA S. CHUTKAN

United States District Judge