UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHWAR SULTAN, et al.,

       Plaintiffs,

   v.

DONALD J. TRUMP,
President of the United States, et al.,

       Defendants.

Civil Action No. 25-1121 (TSC)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for the expedited production of an administrative record, and Defendants' response thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED; and it is further

ORDERED that should the Court require an administrative record to resolve Plaintiff's forthcoming motion for a preliminary injunction, the Court will so indicate in a future order, and if so, Defendants shall produce an administrative record regarding the termination of Plaintiff's SEVIS record with their opposition to such motion.

SO ORDERED:

_____
Dated

_____
TANYA S. CHUTKAN
United States District Judge