**Declaration of Miriam Saab**

I, Miriam Saab, a member of the Students for Justice in Palestine at The Ohio State University declare the following under penalty of perjury:

1. I am over 18 years of age and fully competent to make this declaration.
2. I am a student at The Ohio State University and serve as the Event Coordinator of the Students for Justice in Palestine at OSU.
3. On April 25, 2024, hundreds of OSU students and community members engaged in a peaceful protest on The Ohio State University South Oval organized by the Students for Justice in Palestine at OSU, in part demanding OSU's divestment from the State of Israel.
4. President Donald J. Trump issued Executive Order No.14,161, titled "Protecting the United States from Foreign Terrorists and Other National Security and Public Safety Threats" on January 20, 2025, and Executive Order No.14,188 titled "Additional Measures to Combat Anti-Semitism" on January 29. 2025.
5. As a result of these Executive Orders and the subsequent arrests, detainment, and intimidation of students both at Ohio State and across the country, there has been a significant chilling effect on campus advocacy.
6. Our organization's mission and activities have been severely disrupted by the Government's retaliatory campaign.
7. SJP's core purpose is to foster open discussion and advocate for Palestinian rights through demonstrations, educational panels, and other expressive activities. However, since Mr. Sultan – one of SJP's active members – has been singled out for draconian punishment, all of our members now feel worried.

8. Since Mr. Sultan's visa revocation became known, SJP members have grown fearful that participating in protests or even being associated with SJP could put them next on the deportation list.

9. Students have watched masked federal agents descend on campuses, saw peers arrested or threatened, and learned of hundreds of visa revocations. At OSU, when word spread that *"visa holders [were] being targeted"*, the effect on SJP was immediate and devastating.

10. Attendance at SJP meetings and rallies plummeted from hundreds of students to only a handful. Both international students *and* U.S. citizen students began to shy away from any public alignment with SJP, as to not draw government scrutiny. Even routine SJP events were canceled or sparsely attended. The once-vibrant campus dialogue fostered by SJP has largely fallen silent – a result precisely intended by Defendants' repression.

11. Many students who previously felt safe speaking out are now weighing the risk of arrest, detention, or deportation as a consequence of attending a rally or signing a petition.

12. Many of our members feel surveilled and are avoiding SJP's social media or group chats.

13. SJP as an organization has had to divert its limited resources to respond to this crisis. Instead of focusing on its mission of education on the genocide in Gaza and advocacy for Palestinian dignity, SJP has spent hours in emergency meetings, arranging legal support, and reassuring frightened members.

14. Worst of all, trust among SJP's members and the broader student body has also been eroded as some students quietly withdrew from the group to protect themselves.

I swear and affirm that the following is true.

Date: May 9, 2025

Signature: Miriam Saab (May 9, 2025 22:00 EDT)

# SJP Declaration (Miriam Saab)

Final Audit Report 2025-05-10

| | |
|---|---|
| Created: | 2025-05-10 |
| By: | Jana Al-Akhras (ja@urenaesq.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8WNT0Ixlrp6cICzL6rUVG6Uujzbq1ocq |

## "SJP Declaration (Miriam Saab)" History

- Document created by Jana Al-Akhras (ja@urenaesq.com)
  2025-05-10 - 1:57:31 AM GMT

- Document emailed to Miriam Saab (miriamsaab6@gmail.com) for signature
  2025-05-10 - 1:57:54 AM GMT

- Email viewed by Miriam Saab (miriamsaab6@gmail.com)
  2025-05-10 - 1:58:49 AM GMT

- Document e-signed by Miriam Saab (miriamsaab6@gmail.com)
  Signature Date: 2025-05-10 - 2:00:56 AM GMT - Time Source: server

- Agreement completed.
  2025-05-10 - 2:00:56 AM GMT

Adobe Acrobat Sign