UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHWAR SULTAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | Civil Action No. 25-1121 (TSC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned counsel respectfully asks the Clerk of the Court to withdraw the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendants in this matter.

Dated: May 16, 2025

Respectfully Submitted,

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
    for the District of Columbia
601 D St. N.W.
Washington, D.C. 20001
Telephone: (202) 252-2525
E-mail: joseph.carilli@usdoj.gov

*Counsel for United States of America*