# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**AHWAR SULTAN**, *et al*.,

        Plaintiffs,

v.

**DONALD J. TRUMP**, *et al*.,
*in his offical capacity as*
*President of the United States*,

        Defendants.

Civil Action No. 25-cv-1121

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Akil Baldwin, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am a career member of Senior Executive Service with the rank of Deputy Assistant Director for the National Security Division of Homeland Security Investigations. Prior to becoming the Deputy Assistant Director, I served as the Division Chief for the HSI Office of International Operations. I have additionally served as the HSI Attache in Hong Kong; Assistant Special Agent in Charge in New York, N.Y., and Assistant Attache in Brussels, Belgium.

2.  The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, including review of information obtained from various records, systems, databases, other Department of Homeland Security (DHS) employees, and information portals maintained and relied upon by DHS in the regular course of business.

3.  The documents listed in the accompanying Administrative Record Index and contained in the files annexed hereto, constitute to the best of my knowledge and belief, a true and complete copy of all non-privileged documents and materials considered by ICE regarding the termination of the Plaintiff's SEVIS record on April 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May 2025.

AKIL R BALDWIN

Digitally signed by AKIL R BALDWIN
Date: 2025.05.16 11:49:36 -04'00'

Akil Baldwin, Deputy Assistant Director
National Security Division
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AHWAR SULTAN**, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br>***in his offical capacity as***<br>***President of the United States***,<br><br>          Defendants. | Civil Action No. 25-cv-1121 |

## CERTIFIED INDEX TO ADMINISTRATIVE RECORD

| **Document** | **Page** |
|---|---|
| 1.  Email from Homeland Security Investigations Assistant Director Andre Watson to Shane I. Myers, U.S. Department of State, *SEVIS NCIC Hits – Letterhead Memo for Consideration*, April 1, 2025. | AR001-AR002 |
| 2.  Email attachment from Homeland Security Investigations Assistant Director Andre Watson to Shane I. Myers, U.S. Department of State, *DELTA Student Criminal Alien Initiative – SEVIS Matches Mar. 31* spreadsheet with extractions, April 1, 2025. | AR003-AR013 |
| 3.  Email from Homeland Security Investigations to U.S. Department of State, *For DHS – Delta List by valid and no valid visa* and attached April 2, 2025 spreadsheet. | AR014-AR031 |

| | |
|---|---|
| **From:** | Watson, Andre R (HSI) |
| **To:** | Myers, Shane I |
| **Cc:** | ███████████ ██████████ |
| **Subject:** | SEVIS NCIC Hits - Letter Request for Consideration |
| **Date:** | Tuesday, April 1, 2025 1:58:00 PM |
| **Attachments:** | SEVIS NCIC (NSLD 2025.04.01).pdf<br>DELTA Student Criminal Alien Initiative - SEVIS Matches Mar 31.xlsx<br>image001.png |

Good afternoon Shane:

In furtherance of our Student Criminal Alien Initiative, the attached letterhead memo and spreadsheet containing positive NCIC hits for 735 foreign students are respectfully submitted for your review and any action deemed appropriate.

The spreadsheet is password protected.  The password will follow in a separate email.

Standing by for additional requirements and thank you very much for your support

Best,
Andre

_____

**Andre R. Watson**
Assistant Director
U.S. Department of Homeland Security | U.S. Immigration and Customs Enforcement
Homeland Security Investigations | National Security Division
Office: ██████████ | Cell: ███████████





*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

LAW ENFORCEMENT SENSITIVE

Shane Myers
Principal Deputy Assistant Secretary, Acting
Bureau of Consular Affairs
Department of State

Re: SEVIS NCIC Hits

Dear Mr. Myers:

I am writing to provide the attached spreadsheet containing positive NCIC hits of current foreign students for your review and any action you deem appropriate.

If you require further assistance or additional information, please let me know. I can be reached at ███████████.

Respectfully,

Andre R. Watson
Assistant Director
National Security Division



**U.S. Immigration
and Customs
Enforcement**

LAW ENFORCEMENT SENSITIVE





















| | |
|---|---|
| **From:** | |
| **To:** | ███████████ |
| **Subject:** | FW: Draft Email for ███ to send to DHS: For DHS - Delta List by valid and no valid visa |
| **Date:** | Wednesday, April 2, 2025 3:50:29 PM |
| **Attachments:** | For DHS - Delta List Valid and No Valid Visa.xlsx |

Please terminate all in SEVIS.

████████████

Division Chief
Homeland Security Investigations
National Security Division
Counterterrorism Division
Cell: ████████████

---

**From:** ████████████ @state.gov>
**Sent:** Wednesday, April 2, 2025 3:35 PM
**To:** ████████████ @hsi.dhs.gov>; ████████████
████████████ @hsi.dhs.gov>
**Cc:** ████████████ @state.gov>; ████████████ @state.gov>;
████████████ @state.gov>
**Subject:** FW: Draft Email for Andi to send to DHS: For DHS - Delta List by valid and no valid visa

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

█ and ████

We've run the Delta data against our systems.

- The first tab lists individuals with valid visas – how would you like us to prioritize revocations of these visas? ████████████████████████
- The second tab is students without a valid visa. We request that DHS terminate SEVIS status for these individuals as there is no valid visas for us to revoke and they were admitted under duration of status."

Regards,



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED

AR017



AR018





SENSITIVE BUT UNCLASSIFIED



| Surname | Given Name | DOB | SEVIS |
|---------|-----------|-----|-------|

SENSITIVE BUT UNCLASSIFIED

AR021



AR022





SULTAN          AHWAR                    4/9/2000  N0034325852

AR024



AR025



AR026



SENSITIVE BUT UNCLASSIFIED

AR027



SENSITIVE BUT UNCLASSIFIED

AR028



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED



SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED