IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHWAR SULTAN**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01121<br><br>**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME OF RESPONSE AND REPLY DEADLINES TO DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs, by and through undersigned counsel, pursuant to F.R.C.P. 6(b)(1), respectfully requests an extension of time of 30 days up to and including July 30, 2025 to Respond to the Defendants' Motion to Dismiss filed at Docket #27 on June 16, 2025. Plaintiffs also request an extension of Defendants' reply deadline up to and including August 20, 2025.

Good cause exists to grant this motion. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs counsel is requesting this extension in light of the large number of deadlines and hearings between now and the original June 30, 2025 deadline.

2. Plaintiffs request this extension of time in good faith and not for the purpose of delay. The requested relief will not affect any other deadlines currently imposed by the Court. Plaintiffs do not believe it will prejudice Defendants should the Court grant this request.

3. Plaintiffs' Counsel reached out to Defendants' Counsel on June 24, 2025 to confer. Defendants consent to the extension of time providing an additional extension request of their reply deadline to August 20, 2025. Plaintiffs in turn consent to this additional request.

Plaintiff, accordingly, respectfully requests that the Court grant an extension of time for an updated Response deadline of July 30, 2025 and an updated Reply deadline of August 20, 2025.

Dated: June 24, 2025                                  Respectfully submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
*Lead Counsel for Plaintiffs-Petitioners,*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2025, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

*/s/ Jana Al-Akhras*
