# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHWAR SULTAN**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Civil Action No.: 1:25-cv-01121<br><br><br><br>**PLAINTIFFS' 2ND NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs-Petitioners and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants-Respondents.

Dated: July 23, 2025

Respectfully Submitted,

*/s/ Jana Al-Akhras*
Jana Al-Akhras, Esq. (OH: 0096726)
Phone: (929) 988-0912
Email: ja@urenaesq.com

Rafael Urena, Esq. (NY: 5164058)
Phone: (703) 989-4424
Email: ru@urenaesq.com

**URENA & ASSOCIATES**
42 West St. Suite 136
Brooklyn, NY 11222
info@urenaesq.com / (888) 817-8599
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 23, 2025, service of the foregoing filing has been made on counsel of record through the Court's ECF system.

Dated: July 23, 2025                      Respectfully Submitted,

                                                    */s/ Jana Al-Akhras*
                                                    Jana Al-Akhras, Esq. (OH: 0096726)

                                                    **URENA & ASSOCIATES**
                                                    *Counsel for Plaintiff-Petitioner*